# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JASON MATTHEW SANDERS,**
Appellant,

v.

**KRISTINE MARIE POND,**
Appellee.

No. 4D2023-2182

[November 9, 2023]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hon. Lauren Alperstein, Judge; L.T. Case No. DVCE23004442.

Russell J. Williams of Williams Hilal Wigand Grande PLLC, Fort Lauderdale, for appellant.

Chad R. Laing of Laing, Weicholz, Schley, PLLC, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***